## ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Dane S. Ciolino__
     (Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__22-30564__          __Boudreaux__                    v. __Louisiana State Bar Association__
(Case Number)         (Short Title)

is scheduled for oral argument at __9:00 am__ on __July 11, 2023__ located in the
                                     (Time)        (Date)

__New Orleans - En Banc Courtroom__
(Location)

/s/ __Dane S. Ciolino__                                         __June 20, 2023__
        (Signature)                                                 (Date)

---

List all parties being represented for argument and select the party type

Randy Boudreaux

☒ Appellant   ☐ Appellee   ☐ Cross Appellant   ☐ Cross Appellee   ☐ Amicus   ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Dane S. Ciolino | 15 | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # _____

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[PRINT TO PDF]          [RESET FORM]

Revised 04/2023                    Form OA-001